# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **REYDON RECKER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-19-950-G |
| **C.R. BARD, INC. et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is the Motion to Dismiss (Doc. No. 10) filed by Defendant Bard Access Systems Inc. The Motion seeks dismissal of the claims asserted in Plaintiff's initial Complaint (Doc. No. 1). On December 23, 2019, Plaintiff timely filed an Amended Complaint (Doc. No. 11). *See* Fed. R. Civ. P. 15(a)(1)(B). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 10) is DENIED AS MOOT.

IT IS SO ORDERED this 3rd day of January, 2020.

_____
CHARLES B. GOODWIN
United States District Judge